**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6320**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MALIK LUCIEN EANES, a/k/a Lucien Clarke Watts,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:06-cr-00173-JRS-1)

Submitted: April 19, 2012          Decided: April 26, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Malik Lucien Eanes, Appellant Pro Se. Matthew Childs Ackley, OFFICE OF THE UNITED STATES ATTORNEY, Sara Elizabeth Chase, Richard Daniel Cooke, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malik Lucien Eanes appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582 (2006). We have reviewed the record and conclude that the district court did not abuse its discretion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2